**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-2562**

———————————

In Re: A. H. ROBINS COMPANY, INCORPORATED,

Debtor.

———————————————

MARSHIA JEWELL REEVE,

Claimant - Appellant,

versus

DALKON SHIELD CLAIMANTS TRUST,

Trust - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert R. Merhige, Jr., Senior District Judge; Blackwell N. Shelley, Bankruptcy Judge. (CA-85-1307-R)

———————————

Submitted: July 31, 1998          Decided: August 24, 1998

———————————

Before WIDENER, HAMILTON, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Marshia Jewell Reeve, Appellant Pro Se. Orran Lee Brown, Sr., DALKON SHIELD CLAIMANTS TRUST, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marshia Reeve, a Dalkon Shield Claimant, appeals the district court's "Order Certifying Claimant to Proceed with Litigation." We dismiss the appeal for lack of jurisdiction because the order is interlocutory and is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We grant the motion to dismiss the appeal and dismiss the appeal as an appeal from a non-appealable interlocutory order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED